# H. W. OTOS v. GREAT NORTHERN RAILWAY COMPANY.[1]

March 9, 1915.

Nos. 18,955—(122).

After the former appeal reported 128 Minn. 283, 150 N. W. 922, defendant appealed from a judgment entered in favor of plaintiff in the district court for Yellow Medicine county. Affirmed.

*M. L. Countryman* and *A. L. Janes,* for appellant.
*John I. Davis, Tom Davis* and *Ernest A. Michel,* for respondent.

PER CURIAM.

This appeal involves only questions which were determined on appeal from an order denying a motion for a new trial in the same case, 128 Minn. 283, 150 N. W. 922. For the reasons there given, the judgment now appealed from is affirmed.